UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:14-CR-92 RM |
| | ) | |
| BRANDON L. WRIGHT | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty entered on February 4, 2015. Accordingly, the court ADOPTS those findings and recommendations [docket # 16], ACCEPTS defendant Brandon Wright's plea of guilty, and FINDS the defendant guilty of Counts 1, 5, and 6 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and (3).

SO ORDERED.

ENTERED:  February 24, 2015

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana